

**FILED**

**AUG 1 3 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW C. STEGMAN
Assistant U.S. Attorney
3 | MATTHEW P. DE MOURA
Certified Law Student, Misdemeanor Unit
4 | 501 I Street, Suite 10-100
Sacramento, California 95814
5 | Telephone: (916) 554-2936

6

7

8 |        IN THE UNITED STATES DISTRICT COURT

9 |      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     )   Mag. No. 08-360 KJM
                                  )
12 |              Plaintiff,       )   PROBATION REVOCATION PETITION,
                                  )   NOTICE OF HEARING and
13 | v.                            )   [~~PROPOSED~~] ORDER
                                  )   *DnS*
14 | ARSHELL EDWARDS,              )   DATE:  August 26, 2010
                                  )   TIME:  10:00 a.m.
15 |              Defendant.       )   JUDGE: Hon. Kimberly J. Mueller
    _____)

16

17 |      On August 20, 2009, the above-named defendant was given the

18 | following sentence, among other things, by United States

19 | Magistrate Judge Kimberly J. Mueller:

20 |           1.    The defendant shall serve a one-year term of court

21 |                 probation, subject to the following terms:

22 |                 a.    The defendant shall pay a $350.00 fine and a

23 |                       special assessment in the amount of $10.00

24 |                       for Count One of the Information, Driving

25 |                       When Privilege Suspended and Revoked for

26 |                       Failure to Appear;

27 |                 b.    The defendant shall pay a $100.00 fine and a

28 |                       special assessment in the amount of $5.00 for

1

1          Count Three of the Information, Failure to
2                Provide Proof of Financial Responsibility.
3      The United States alleges that the defendant has violated
4  these conditions as follows:
5          1.    The defendant has not paid the fine for Count One.
6          2.    The defendant has not paid the fine for Count
7                Three.
8      Currently the matter is scheduled for a status conference on
9  August 26, 2010, at 10:00 a.m.   The United States therefore
10 petitions the Court to add this matter on its calendar for a
11 probation revocation hearing to allow the defendant to show cause
12 why the probation granted on August 20, 2009, should not be
13 revoked.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       All of the above has been related to me by Matthew P. De

2   Moura. I declare under penalty of perjury that the foregoing is

3   true and correct to the best of my knowledge.

4   DATED: August 13, 2010            Respectfully submitted,

5                               BENJAMIN B. WAGNER
                            United States Attorney

6

7                          By: /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN

8                               Assistant U.S. Attorney

9                   [PROPOSED] ORDER

10       It is Hereby Ordered that the defendant appear on August 26,

11   2010, to show cause why the probation granted on August 20, 2009,

12   should not be revoked.

13       IT IS SO ORDERED.

14   Dated: August   *13*, 2010

15

16                       Hon. DALE A. DROZD
                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28