```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-360 KJM |
| ) | |
| Plaintiff, ) | PROBATION REVOCATION PETITION, |
| ) | NOTICE OF HEARING and |
| v. ) | ORDER |
| ) | |
| ARSHELL EDWARDS, ) | DATE:   August 26, 2010 |
| ) | TIME:   10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly Mueller |
| _____ ) | |

On August 20, 2009, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kimberly J. Mueller:

    1.    The defendant shall serve a one-year term of court probation, subject to the following terms:

           a.    The defendant shall pay a $350.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving When Privilege Suspended and Revoked for Failure to Appear;

///

///

1           b.    The defendant shall pay a $100.00 fine and a
2                 special assessment in the amount of $5.00 for
3                 Count Three of the Information, Failure to
4                 Provide Proof of Financial Responsibility.
5     The United States alleges that the defendant has violated
6 these conditions as follows:
7           1.    The defendant has not paid the fine for Count One.
8           2.    The defendant has not paid the fine for Count
9                 Three.
10    Currently the matter is scheduled for a status conference on
11 August 26, 2010, at 10:00 a.m.  The United States therefore
12 petitions the Court to add this matter on its calendar for a
13 probation revocation hearing to allow the defendant to show cause
14 why the probation granted on August 20, 2009, should not be
15 revoked.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  All of the above has been related to me by Matthew P. De
2  Moura. I declare under penalty of perjury that the foregoing is
3  true and correct to the best of my knowledge.
4  DATED: August 13, 2010                     Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney


                                              By: /s/ Matthew C. Stegman
                                              MATTHEW C. STEGMAN
                                              Assistant U.S. Attorney

## ORDER

It is Hereby Ordered that the defendant appear on August 26, 2010, to show cause why the probation granted on August 20, 2009, should not be revoked.

IT IS SO ORDERED.

Dated: August 17, 2010

_____
U.S. MAGISTRATE JUDGE